**John R. Barhoum, OSB No. 045150**
Email: john.barhoum@chockbarhoum.com
Chock Barhoum LLP
121 SW Morrison St., Suite 500
Portland, OR  97204
Telephone: 503.223.3000

Attorneys for Defendant Lanphere Enterprises Inc

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **ALICIA KNECHT, individually and on behalf of all others similarly situated**<br><br>            Plaintiff,<br><br>    v.<br><br>**LANPHERE ENTERPRISES INC., a domestic corporation**<br><br>            Defendant. | Case No. 3:19-cv-01991<br><br>**NOTICE OF APPEARANCE** |

**TO:**   The Clerk of the Court and to all counsel of record:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Page 1     **NOTICE OF APPEARANCE**

Please take notice that the appearance of Lanphere Enterprises Inc., is entered in this action through the undersigned attorneys, without waiving objections as to personal jurisdiction, process or service of process. Please serve all future pleadings or papers, except process, upon the undersigned attorneys at their address stated below.

Dated this 30th day of December, 2019.

<strong>CHOCK BARHOUM LLP</strong>

_____
John R. Barhoum, OSB No. 045150
Email: john.barhoum@chockbarhoum.com
    Attorneys for Defendant Lanphere Enterprises Inc

**John R. Barhoum, OSB No. 045150**
Email: john.barhoum@chockbarhoum.com
Chock Barhoum LLP
121 SW Morrison St., Suite 500
Portland, OR  97204
Telephone: 503.223.3000

Attorneys for Defendant Lanphere Enterprises Inc

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **ALICIA KNECHT, individually and on behalf of all others similarly situated**<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**LANPHERE ENTERPRISES INC., a domestic corporation**<br><br>　　　　　　　　　Defendant. | Case No. 3:19-cv-01991<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that a true copy of the foregoing **NOTICE OF APPEARANCE** was served on:

  Bonner C. Walsh　　　　　　　　　　☐ By hand delivery
  Walsh LLC　　　　　　　　　　　　　☒ By first-class mail*
  1561 Long Haul Road　　　　　　　　☐ By overnight mail
  Grangeville, ID 83530　　　　　　　　☐ By facsimile transmission
   *Attorneys for Plaintiff*　　　　　　Fax #: 866-503-8206
  　　　　　　　　　　　　　　　　　　☐ By e-mail:
  　　　　　　　　　　　　　　　　　　　　bonner@walshpllc.com

/ / /

Page 1　　**CERTIFICATE OF SERVICE**

| | |
|---|---|
| Young Walgenkim<br>Hanson & Walgenkim, LLC<br>838 Commercial Street NE<br>Salem, OR 97301<br>　　*Attorneys for Plaintiff* | ☐ By hand delivery<br>☑ By first-class mail*<br>☐ By overnight mail<br>☐ By facsimile transmission<br>　Fax #: 503-766-6477<br>☐ By e-mail:<br>　young@hansonwalgenkim.com |
| Adam Gonnelli<br>The Sultzer Law Group<br>280 Rt. 35, Suite 304<br>Red Bank, NJ 07701<br>　　*Pro Hac Vice* | ☐ By hand delivery<br>☑ By first-class mail*<br>☐ By overnight mail<br>☐ By facsimile transmission<br>　Fax #: 888-749-7749<br>☐ By e-mail:<br>　gonnellia@thesultzerlawgroup.com |

**\***With first-class postage prepaid and deposited in Portland, Oregon.

Dated this 30th day of December, 2019.

　　　　　　　　　　　　　　　　　　**CHOCK BARHOUM LLP**

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　John R. Barhoum, OSB No. 045150
　　　　　　　　　　　　　　　　　　Email: john.barhoum@chockbarhoum.com
　　　　　　　　　　　　　　　　　　　Attorneys for Defendant Lanphere Enterprises Inc