John R. Barhoum, OSB No. 045150
Email: john.barhoum@chockbarhoum.com
Tracy J. Frazier, OSB No. 107125
Email: tracy.frazier@chockbarhoum.com
Chock Barhoum LLP
121 SW Morrison St., Suite 500
Portland, OR 97204
Telephone: 503.223.3000

    Attorneys for Defendant Lanphere Enterprises Inc

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **ALICIA KNECHT, individually and on behalf of all others similarly situated**<br><br>    Plaintiff,<br><br>  v.<br><br>**LANPHERE ENTERPRISES INC., a domestic corporation**<br><br>    Defendant. | Case No. 3:19-cv-01991<br><br>**NOTICE OF ASSOCIATION OF COUNSEL FOR DEFENDANT LANPHERE ENTERPRISES, INC.** |

## NOTICE

    PLEASE TAKE NOTICE that Tracy J. Frazier, Oregon State Bar No. 107125, of the law office of Chock Barhoum, LLP at 121 SW Morrison St., Ste. 500, Portland, OR 97204, telephone 971-302-6435, e-mail tracy.frazier@chockbarhoum.com, is being associated with John R. Barhoum of Chock Barhoum, LLP as attorney of record for the Defendant Lanphere Enterprises Inc.

Page 1    **NOTICE OF ASSOCIATION OF COUNSEL**

Case 3:19-cv-01991-AC   Document 8   Filed 01/09/20   Page 2 of 4

DATED this 9th day of January 2020.

        **CHOCK BARHOUM LLP**

_____
John R. Barhoum, OSB No. 045150
Email: john.barhoum@chockbarhoum.com
Tracy J. Frazier, OSB No. 107125
Email: tracy.frazier@chockbarhoum.com
    Attorneys for Defendant Lanphere Enterprises Inc

Page 2    **NOTICE OF ASSOCIATION OF COUNSEL**

**John R. Barhoum, OSB No. 045150**
Email: john.barhoum@chockbarhoum.com
Tracy F. Frazier, OSB No. 107125
Email: tracy.frazier@chockbarhoum.com
Chock Barhoum LLP
121 SW Morrison St., Suite 500
Portland, OR 97204
Telephone: 503.223.3000

    Attorneys for Defendant Lanphere Enterprises Inc

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **ALICIA KNECHT, individually and on behalf of all others similarly situated**<br><br>    Plaintiff,<br><br>v.<br><br>**LANPHERE ENTERPRISES INC., a domestic corporation**<br><br>    Defendant. | Case No. 3:19-cv-01991<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that a true copy of the foregoing **NOTICE OF ASSOCIATION OF COUNSEL FOR DEFENDANT LANPHERE ENTERPRISES, INC.** was served on:

| | |
|---|---|
| Bonner C. Walsh<br>Walsh LLC<br>1561 Long Haul Road<br>Grangeville, ID 83530<br>    *Attorneys for Plaintiff* | ☐ By hand delivery<br>☑ By first-class mail*<br>☐ By overnight mail<br>☐ By facsimile transmission<br>    Fax #: 866-503-8206<br>☐ By e-mail:<br>    bonner@walshpllc.com |
| Young Walgenkim | ☐ By hand delivery |

Page 1     CERTIFICATE OF SERVICE

| | |
|---|---|
| Hanson & Walgenkim, LLC<br>838 Commercial Street NE<br>Salem, OR 97301<br>  *Attorneys for Plaintiff* | ☑ By first-class mail*<br>☐ By overnight mail<br>☐ By facsimile transmission<br> Fax #: 503-766-6477<br>☐ By e-mail:<br> young@hansonwalgenkim.com |
| Adam Gonnelli<br>The Sultzer Law Group<br>280 Rt. 35, Suite 304<br>Red Bank, NJ 07701<br>  *Pro Hac Vice* | ☐ By hand delivery<br>☑ By first-class mail*<br>☐ By overnight mail<br>☐ By facsimile transmission<br> Fax #: 888-749-7749<br>☐ By e-mail:<br> gonnellia@thesultzerlawgroup.com |

*With first-class postage prepaid and deposited in Portland, Oregon.

Dated this 9th day of January, 2020.

          **CHOCK BARHOUM LLP**

          _____
          John R. Barhoum, OSB No. 045150
          Email: john.barhoum@chockbarhoum.com
          Tracy F. Frazier, OSB No. 107125
          Email: tracy.frazier@chockbarhoum.com
          Ashleigh E. Edwards, OSB No. 154656
          Email: ashleigh.edwards@chockbarhoum.com
           Attorneys for Defendant Lanphere Enterprises Inc