**BONNER C. WALSH**
Oregon State Bar ID Number 131716
bonner@walshpllc.com
WALSH LLC
1561 Long Haul Road
Grangeville, ID 83530
Phone          541.359.2827
Facsimile      866.503 8206

**YOUNG WALGENKIM**
Oregon State Bar ID Number 124900
young@hansonwalgenkim.com
HANSON & WALGENKIM, LLC
838 Commercial St NE
Salem, OR 97301
Tel. (503) 383-1496
Fax (503) 766-6477

**Special Counsel for Plaintiff**
(Additional counsel appear on signature page)

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **ALICIA KNECHT,**<br>　　　　　　Plaintiff,<br>　v.<br>**LANPHERE ENTERPRISES INC.,**<br>　　　　　　Defendant. | CIVIL ACTION NO. 3:19-cv-01991-AC<br><br>**JOINT NOTICE OF SETTLEMENT** |

　　　Plaintiff Alicia Knecht and Defendant Lanphere Enterprises Inc., (collectively the "Parties") are pleased to advise the Court the Parties have resolved all of the claims that have been asserted in this case and accordingly file this Notice of Settlement. The Parties anticipate they will be able to submit to the Court within thirty (30) days a Joint Motion for Dismissal With Prejudice and Agreed Order disposing of all claims.

Dated:  October 20, 2020

| HANSON & WALGENKIM, LLC | CHOCK BARHOUM LLP |
|---|---|
| By:  __/s/ Young Walgenkim_____<br>Young Walgenkim, OSB No. 124900<br>Email: young@hansonwalgenkim.com<br>Bonner C. Walsh, OSB No. 131716<br>Email: bonner@walshpllc.com<br>Adam Gonnelli *pro hac vice*<br>Email:  gonnellia@thesultzerlawgroup.com<br><br>Attorney for Plaintiff | By:  __/s/ Tracy Frazier_____<br>John R. Barhoum, OSB No. 045150<br>Email: john.barhoum@chockbarhoum.com<br>Tracy J. Frazier, OSB No. 107125<br>Email: tracy.frazier@chockbarhoum.com<br>Ashleigh E. Edwards, OSB No. 154656<br>Email: ashleigh.edwards@chockbarhoum.com<br><br>Attorneys for Defendant |