**John R. Barhoum, OSB No. 045150**
Email: john.barhoum@chockbarhoum.com
**Tracy J. Frazier, OSB No. 107125**
Email: tracy.frazier@chockbarhoum.com
**Ashleigh E. Edwards, OSB No. 154656**
Email: ashleigh.edwards@chockbarhoum.com
Chock Barhoum LLP
121 SW Morrison Street, Suite 415
Portland, OR 97204
Telephone: 503.223.3000

Attorneys for Defendant Lanphere Enterprises, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **ALICIA KNECHT,** individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>**LANPHERE ENTERPRISES INC.,** a domestic corporation<br><br>　　　　　　　　　Defendant. | Case No. 3:19-cv-01991-AC<br><br>**STIPULATED ORDER/GENERAL JUDGMENT OF DISMISSAL** |

Based upon the stipulation of the parties endorsed below, and it appearing to the Court that this matter has been fully compromised and settled, IT IS HEREBY ORDERED AND ADJUDGED that this case shall be dismissed with prejudice and without costs or fees to any party.

DATED this 29th day of October, 2020.

_____

**IT IS SO STIPULATED:**

|  |  |
|---|---|
|  | **CHOCK BARHOUM LLP** |
| 10/26/20 | _____ |
| DATED | John R. Barhoum, OSB No. 045150 |
|  | Email: john.barhoum@chockbarhoum.com |
|  | Tracy J. Frazier, OSB No. 107125 |
|  | Email: tracy.frazier@chockbarhoum.com |
|  | Ashleigh E. Edwards, OSB No. 154656 |
|  | Email: ashleigh.edwards@chockbarhoum.com |
|  |     Attorneys for Defendant Lanphere Enterprises Inc |
|  | **WALSH LLC** |
| October 13, 2020 | /s/ Bonner C. Walsh |
| DATED | Bonner C. Walsh, OSB No. 131716 |
|  | Email: bonner@walshpllc.com |
|  |     Attorneys for Plaintiff |
|  | **HANSON & WALGENKIM, LLC** |
| October 13, 2020 | /s/ Young Walgenkim |
| DATED | Young Walgenkim, OSB No. 124900 |
|  | Email: young@hansonwalgenkim.com |
|  |     Attorneys for Plaintiff |

Page 2    STIPULATED ORDER/GENERAL JUDGMENT OF DISMISSAL

FED035.0108

DATED 10/13/2020

LAW OFFICE OF ADAM R. GONNELLI

/s/ Adam Gonnelli

Adam Gonnelli
Email: adam@arglawoffice.com
*Pro Hac Vice*